IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THERESA McGILL** )<br>**Plaintiff** )<br>)<br>v )<br>**Lurita Doan, Administrator** )<br>**General Services Administration** )<br>**Defendant** )<br>) | CASE NUMBER: 1:08-cv-00948<br>Judge Ellen S. Huvelle |

**Affidavit of Service**

    I, Lawrence B. Manley, being an Attorney duly admitted to the bar of the Untied States District Court of the of District of Columbia, hereby affirm that I served Lurita Doan, Administrator, United States General Services Administration; Jeffrey A. Taylor, Interim United States Attorney for the District of Columbia and Attorney General Michael B. Mukasey by mailing a copy of the summons and of the complaint and Court Orders by certified mail, postage prepaid, return receipt requested, signed and dated, June 17 and 18th, 2008. The return receipt received from the following Registered Agent is attached:

Lurita Doan, Administrator
United States General Services Administration
1800 F. Street, NW
Washington, D.C. 20405

Jeffrey A. Taylor, Interim US Attorney
for the District of Columbia
555 4th Street, NW
Washington, D.C. 20530

**Attorney General**

1

**Michael B. Mukasey**

**U.S. Department of Justice**

**950 Pennsylvania Ave, NW**

**Washington, D.C. 20530-0001**

   I certify that I am over eighteen (18) years of age and I am not the Plaintiff or the

Defendant. I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the

foregoing paper are true to the best of my knowledge, information, and belief.

Date:   June 23, 2008

_____/s/_____

Lawrence B. Manley, Esq., Bar# :379702

The Law Office of Patrick Henry, LLP

5900 Princess Garden Parkway, Suite 640

Lanham, MD. 20706

Counsel for Plaintiff

(240) 296-3488

fax (240) 296-3487

lmanley@patrickhenry.net

**Receipt 1**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General
Michael B. Mukasey
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC
20530-0001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] — Addressee

B. Received by (Printed Name): JUN 17 2008
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes  ☐ No

X-RAYED
JUN 18 2008

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7001 1140 0000 4880 1067

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**Receipt 2**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lurita Doan, Administrator
US General Service Administration
1800 F Street N.W.
Washington, DC
20405

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name): Ress DeRosa
C. Date of Delivery: 6-17-08

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 0600 0024 0034 1281

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**Receipt 3**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey A. Taylor
Interim US Attorney
for the District of Columbia
555 4th St NW
Washington DC 20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☑ Addressee

B. Received by (Printed Name): JUN 17 2008
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7000 0600 0024 0034 1274

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540