UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA MCGILL<br>11101 Georgia Avenue, Apt. 505<br>Wheaton, Maryland 20902<br><br>          Plaintiff,<br><br>    v.<br><br>LURITA DOAN, Administrator<br>General Services Administration<br>U.S. General General Services Administration<br>1800 F Street, NW<br>Washington, DC 20405<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case Number:  1:08-CV-00948 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendant in the above-captioned action.

Dated: July 28, 2008               Respectfully submitted,


                                                        /s/ Robin M. Meriweather
                                   ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                   Assistant United States Attorney
                                   555 Fourth St., N.W.
                                   Washington, D.C.  20530
                                   Phone: (202) 514-7198
                                   Fax: (202) 514-8780
                                   Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 28th day of July, 2008, I caused the foregoing Notice of Appearance to be filed via the Court's Electronic Case Filing system, or, should I receive notice from the ECF system that electronic delivery failed, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Lawrence B. Manley, Esq.
Patrick Henry LLP
5900 Princess Garden Parkway
Suite 640
Lanham, MD 20706

        /s/  *Robin M. Meriweather*
        ROBIN M. MERIWEATHER, D.C. Bar # 490114