UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA MCGILL<br>11101 Georgia Avenue, Apt. 505<br>Wheaton, Maryland 20902<br><br>        Plaintiff,<br><br>   v.<br><br>LURITA DOAN, Administrator<br>General Services Administration<br>U.S. General General Services Administration<br>1800 F Street, NW<br>Washington, DC 20405<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case Number:  1:08-CV-00948 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant Lurita Doan, through undersigned counsel, hereby requests a 30-day enlargement of time in which to file an answer or otherwise respond to Plaintiff's complaint.  The answer currently is due August 18, 2008.  Defendant requests that the deadline be extended to September 18, 2008.  In accordance with Local Civil Rule 7(m), Defendant contacted counsel for Plaintiff the morning of August 15, 2008, to request Plaintiff's position on this motion.  However counsel for Defendant did not reach counsel for Plaintiff, and has not yet received a response from Plaintiff; therefore, Defendant does not know Plaintiff's position on this enlargement of time.

There is good cause to grant this motion.  This is an employment discrimination case in which Plaintiff alleges retaliation and race and age discrimination, arising out of her employment in the General Services Administration ("GSA").  To prepare an answer or Rule 12(b) motion, counsel for Defendant must confer with GSA agency ocunsel  regarding the factual allegations in

the complaint, review the relevant record, and research any defenses that may be available to Defendant.  Although counsel for Defendant has made a good faith effort to complete that legal and factual review in advance of the deadline for the Answer, counsel for Defendant has not yet completed all of the tasks necessary to prepare a response.

Counsel for Defendant will be unable to complete Defendant's answer or 12(b) motion in advance of the current deadline because of the demands of her schedule.  Specifically, the undersigned Assistant United States Attorney is preparing for trial in *Malloy v. Jackson*, No. 05-01117 (RCL), a four to five day trial which is set to begin August 25, 2008.  Preparing for the pretrial conference and meeting with witnesses to prepare for trial has required the majority of counsel's time for the last two weeks, and will require a significant amount of time in the next week.  Accordingly, Defendant cannot meet the answer current deadline of August 18, 2008.  Enlarging the deadline to September 18, 2008 will allow counsel for Defendant to continue her review of the relevant factual and legal materials, and prepare the responsive pleading, after the trial.

Defendant has not sought any prior enlargements of time.  Granting this enlargement should cause no prejudice, and will not affect any pending hearings or other deadlines.  A proposed order is submitted herewith.

Dated: August 15, 2008                  Respectfully submitted,

                                                /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August, 2008, I caused the foregoing Notice of Appearance to be filed via the Court's Electronic Case Filing system.


      /s/  *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA MCGILL<br>11101 Georgia Avenue, Apt. 505<br>Wheaton, Maryland 20902<br><br>       Plaintiff,<br><br>  v.<br><br>LURITA DOAN, Administrator<br>General Services Administration<br>U.S. General General Services Administration<br>1800 F Street, NW<br>Washington, DC 20405<br><br>       Defendant. | Case Number:  1:08-CV-00948 (ESH) |

## ORDER

Upon consideration of Defendant's Motion for Enlargement of Time to File Answer, it is this _____ day of _____

ORDERED that Defendant's Motion be and hereby is GRANTED;

it is further ORDERED that Defendant shall file an answer or otherwise respond to the complaint on or before September 18, 2008.

SO ORDERED.

_____
United States District Judge